Bennie Kerkes, Plaintiff-Appellee, v. Chicago Transit Authority, Defendant-Appellant.

**Gen. No. 47,738.** 

First District, Third Division.

January 29, 1960.

Released for publication March 4, 1960.

William J. Lynch, William S. Allen, Michael A. Gerrard, and Jerome F. Dixon, for defendant-appellant; Benjamin Sugar, David S. Goodman, and C. Jerome Bishop (C. D. Snewind, of counsel) for plaintiff-appellee. Opinion by PRESIDING JUSTICE BRYANT. **Not to be published in full.**